| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>HANSEN, LeROY | 2. Court or Organization<br>U.S. DISTRICT COURT, New Mexico | 3. Date of Report<br>04/28/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. District Judge - Senior | 5. ReportType (check appropriate type)<br>○ Nomination Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>Suite 660<br>333 Lomas Blvd. NW<br>Albuquerque, NM 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 5 11 24 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (Yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HANSEN, LeROY | 04/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.    New York Life Policies | | None | K | T | | | | | |
| 2.    Land in Estancia, NM | | None | J | W | | | | | |
| 3.    Merrill Lynch IRA | A | Dividend/Int | M | T | | | | | |
| 4.    -Delta Petroleum Stock | | | | | | | | | |
| 5.    -Cash equivalent | | | | | | | | | |
| 6.    -Amern Centy Twentieth Centy Growth Fund | | | | | Sold | 8/27 | J | | |
| 7.    -Franklin Small Cap Growth FD II | | | | | | | | | |
| 8.    -Goldman Sachs Int'l EQ Fund | | | | | Sold | 4/28 | J | | |
| 9.    -Pioneer Fund Inc. COM | | | | | | | | | |
| 10.   -Lord Abbett Affiliated Fund | | | | | | | | | |
| 11.   -M.L. Basic Value Fd | | | | | | | | | |
| 12.   -Janus Mid Cap Value (formerly Berger Mid Cap Value) | | | | | | | | | |
| 13.   -Oppenheimer Capital Appreciation | | | | | | | | | |
| 14.   -AIM International Growth Fund | | | | | Buy | 4/28 | J | | |
| 15.   -Templeton Foreign Fund | | | | | Buy | 4/28 | J | | |
| 16.   -Massachusetts Investors Growth Stock FD | | | | | | | | | |
| 17.   -Phoenix-Engemann Cap Growth Fund | | | | | Buy | 8/27 | J | | |
| 18.   -Nations Marisco Focused Equity | | | | | Buy | 8/27 | J | | |

Income Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns A1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HANSEN, LeROY | 04/28/2004 |

## VII. INVESTMENTS and TRUSTS   – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| 19.  Compass Bank, Common Stock | C | Dividend | M | T | Partial Sale | 2/14 | J | B | |
| 20. | | | | | Partial Sale | 2/20 | J | C | |
| 21. | | | | | Partial Sale | 3/07 | J | D | |
| 22. | | | | | Partial Sale | 4/21 | J | D | |
| 23. | | | | | Partial Sale | 6/04 | K | E | |

| 1. Income Gain Codes: | A | $1,000 or less | B | $1,001-$2,500 | C | $2,501-$5,000 | D | $5,001-$15,000 | E | $15,001-$50,000 |
| (See Columns B1 and D4) | F | $50,001-$100,000 | G | $100,001-$1,000,000 | H1 | $1,000,001-$5,000,000 | H2 | More than $5,000,000 | | |
| 2. Value Codes | J | $15,000 or less | K | $15,001-$50,000 | L | $50,001-$100,000 | M | $100,001-$250,000 | | |
| (See Columns C1 and D3) | N | $25,000-$50,000 | O | $500,001-$1,000,000 | P1 | $1,000,001-$5,000,000 | P2 | $5,000,001-$25,000,000 | | |
| | P3 | $25,000,001-$50,000,000 | | | P4 | More than $50,000,000 | | | | |
| Value Method Codes | Q | Appraisal | R | Cost (Real Estate Only) | S | Assessment | T | Cash Market | | |
| (See Column C2) | U | Book Value | V | Other | W | Estimated | | | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

(Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign

Date  4/29/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544